

## United States District Court
## Eastern District of California

AMY FISHELL and JUSTIN FISHELL

Plaintiff(s)

V.

NATIONWIDE MUTUAL INSURANCE CO.

Defendant(s)

Case Number: 2:23-cv-00027-DAD-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristine Schanbacher hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Nationwide Mutual Insurance Company

On 11/01/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/03/2023        Signature of Applicant: /s/ Kristine Schanbacher

**Pro Hac Vice Attorney**

Applicant's Name: Kristine Schanbacher

Law Firm Name: DENTONS US LLP

Address: 233 S WACKER DRIVE

SUITE 5900

City: CHICAGO     State: IL     Zip: 60606

Phone Number w/Area Code: (312) 876-8000

City and State of Residence: Chicago, Illinois

Primary E-mail Address: kristine.schanbacher@dentons.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sonia R. Martin

Law Firm Name: DENTONS US LLP

Address: ONE MARKET PLAZA

SPEAR TOWER, 24TH FLOOR

City: SAN FRANCISCO     State: CA     Zip: 94105

Phone Number w/Area Code: (415) 267-4000     Bar # 191148

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 17, 2023

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT