1

J. Paul Gignac, SBN 125676
Claire K. Mitchell, SBN 318857

2

**RIMON, P. C.**

3

200 E. Carrillo Street, Suite 201
Santa Barbara, California 93101

4

Telephone: (805) 695-4080

5

jpaul.gignac@rimonlaw.com
claire.mitchell@rimonlaw.com

6

7

Edward O. Lear, SBN 132699
Karen A. Larson, SBN 200786

8

**CENTURY LAW GROUP LLP**
5200 W. Century Boulevard, Suite 345

9

Los Angeles, California 90045
Telephone: (310) 642-6900

10

lear@centurylawgroup.com
karen.a.larson@gmail.com

11

12

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

13

14

**UNITED STATES DISTRICT COURT**

15

**EASTERN DISTRICT OF CALIFORNIA**

16

17

AMY FISHELL and JUSTIN FISHELL, on behalf of themselves

18

and on behalf of all other similarly situated residents of the State of

19

California,

20

Plaintiffs,

21

vs.

22

NATIONWIDE MUTUAL

23

INSURANCE COMPANY; an Ohio corporation; and AMCO

24

INSURANCE COMPANY, an Iowa corporation,

25

26

Defendants.

27

28

CASE No.: 2:23-cv-00027-DJC-DB

Assigned to the Honorable Daniel J. Calabretta

**CLASS ACTION**

**ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Hearing Date: July 6, 2023

Hearing Time: 1:30 p.m.

1

ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

# ORDER

The Court, having considered the Stipulation by the parties to extend the briefing schedule on the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("Defendants' Motion to Dismiss") filed on April 7, 2023 (Doc. 19) and set for hearing on July 6, 2023, and finding good cause for the relief set forth and agreed upon in the Stipulation, HEREBY ORDERS AS FOLLOWS:

1.    The due date for the opposition to Defendants' Motion to Dismiss shall be extended to April 28, 2023; and

2.    The due date for the reply in further support of Defendants' Motion to Dismiss shall be extended to May 15, 2023.

IT IS SO ORDERED.

Dated:  April 14, 2023

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS