J. Paul Gignac, SBN 125676
Claire K. Mitchell, SBN 318857
**RIMON, P. C.**
200 E. Carrillo Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 695-4080
jpaul.gignac@rimonlaw.com
claire.mitchell@rimonlaw.com

Edward O. Lear, SBN 132699
Karen A. Larson, SBN 200786
**CENTURY LAW GROUP LLP**
5200 W. Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
lear@centurylawgroup.com
karen.a.larson@gmail.com

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FISHELL and JUSTIN FISHELL, on behalf of themselves and on behalf of all other similarly situated residents of the State of California,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; an Ohio corporation; and AMCO INSURANCE COMPANY, an Iowa corporation,<br><br>Defendants. | CASE NO.: 2:23-cv-00027-DJC-DB<br><br>Assigned to the Honorable Daniel J. Calabretta<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO F.R.CV.P. 16 AND 26 AND LOCAL RULE 240** |

1

## **ORDER**

The Court, having considered the Stipulation by the parties to extend the deadline for the parties to file a Joint Status Report, pursuant to F.R.Cv.P. 16 and 26 and in accordance with Local Rule 240 and the Court's Case Management Order, and finding good cause for the relief set forth and agreed upon in the Stipulation, HEREBY ORDERS AS FOLLOWS:

1.     The deadline for the parties to file a Joint Status Report shall be extended from August 17, 2023 to that date which is thirty (30) days after the date by which Defendants are required to file an answer in this action.

IT IS SO ORDERED.

Dated:  August 16, 2023                          /s/ Daniel J. Calabretta
_____
                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                             UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT PURSUANT TO
F.R.CV.P. 16 AND 26 AND LOCAL RULE 240