**DENTONS US LLP**
Sonia Martin, SBN 191148
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:  (415) 267-4000
Facsimile:  (415) 267-4198
sonia.martin@dentons.com

Mark L. Hanover (*pro hac vice*)
Kristine M. Schanbacher (*pro hac vice*)
Emily C. Eggmann (*pro hac vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
mark.hanover@dentons.com
kristine.schanbacher@dentons.com
emily.eggmann@dentons.com

*Attorneys for Defendants NATIONWIDE MUTUAL INSURANCE COMPANY and AMCO INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FISHELL and JUSTIN FISHELL, on behalf of themselves and on behalf of all other similarly situated residents of the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and AMCO INSURANCE COMPANY, an Iowa corporation,<br><br>Defendants. | No. 2:23-cv-00027-DJC-DB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

1. The Court hereby GRANTS Defendants' Nationwide Mutual Insurance Company and AMCO Insurance Company (collectively, "Defendants") Unopposed Motion to Extend Time to Respond to Plaintiffs' Second Amended Complaint and orders as follows:

   1. Defendants have through September 13, 2023 to respond to the Second Amended Class Action Complaint.

IT IS SO ORDERED.

Dated: August 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE